# Order

Michigan Supreme Court
Lansing, Michigan

July 29, 2008

Clifford W. Taylor,
Chief Justice

136071

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC:  136071
COA: 282508
Wayne CC: 06-010054-FC

JAMES RAYNARD HICKS, JR.,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February, 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

Clerk